# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 17, 2023

## NO. 03-21-00098-CV

**Luminant Energy Company LLC, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

**DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS
PROJECT NO. 51617
BEFORE CHIEF JUSTICE BYRNE, JUSTICES GOODWIN AND SMITH;
JUSTICE GOODWIN NOT PARTICIPATING
REVERSED AND REMANDED -- OPINION BY JUSTICE SMITH**

This is an appeal from the Commission's orders of February 15 and 16, 2021. Because this Court concludes that the Commission acted outside its statutory authority in issuing the orders, the Court reverses the Commission's orders and remands for further proceedings consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal.